In re GANNETT et al. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) In the matter of the application of Arthur C. Gannett and another for an or-

der revoking the liquor tax certificate issued to Margaret Wyman. No opinion. Judgment and order affirmed, with costs.